UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>MARZETTE KING<br><br>   Defendant. | )<br>)<br>)<br>)<br>) CASE NO. 07-110M-MPT<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 1st day of JUNE, 2007,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                _____
                Honorable Mary Pat Thynge
                U.S. Magistrate Judge

cc: Federal Public Defender
  First Federal Plaza, Suite# 110
  704 King Street
  Wilmington, DE  19801
  (302) 573-6010

  Defendant
  United States Attorney



FILED
JUN 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE