AO 432 (Rev. 2/84)

**Administrative Office of the United States Courts**

**WITNESS AND EXHIBIT RECORD**

U.S. v. KING.

| DATE | CASE NUMBER | OPERATOR | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| 6/7/07 | 07-110M | KINCAID | | | | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| ATF Special Agent Paul Gemmato | 11:55 am | 12:05 pm | 12:13 pm | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Govt 1 | Copy of Crim Complaint & Affidavit. | NO OBJ | NO OBJ. |

FILED
JUN 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE