UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARZETTE KING,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:   Criminal Action No. 07-110-MPT<br>:<br>:<br>:<br>:<br>: |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Cathy A. Jenkins, Esquire as attorney on behalf of Defendant, Marzette King, above-captioned matter.

        /s/ Cathy A. Jenkins
CATHY A. JENKINS, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

DATED:  June 11, 2007