IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

REDACTED

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.         ) | Criminal Action No. CR 07-89-UNA |
| ) | |
| MARZETTE KING   ) | |
| ) | |
| ) | |
| Defendant.   ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about May 31, 2007, in the State and District of Delaware, MARZETTE KING, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is a Ruger 9 millimeter semi-automatic handgun model P89, Serial No. 31467112 after having been convicted on or about October 19, 2005, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the

following: Ruger 9 millimeter semi-automatic handgun model P89 Serial No. 31467112 and eleven rounds of ammunition.

A TRUE ~~BILL~~:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Martin C. Meltzer
Special Assistant United States Attorney

Dated: June 26, 2007