UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-89-JJF |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| MARZETTE KING, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO AMEND THE GOVERNMENT'S PRE-HEARING RESPONSE TO DEFENDANT'S
MOTION TO SUPPRESS PHYSICAL EVIDENCE, STATEMENTS AND IDENTIFICATIONS**

COMES NOW, the United States, by and through its undersigned counsel, Colm F. Connolly, United States Attorney, and Martin C. Meltzer, Special Assistant United States Attorney, and respectfully submits the following amendments to its response to the defendant's Motion to Suppress.

1. On paragraph 7, the Government stated the defendant said, "After the sale the defendant drove the seller to Philadelphia." This is incorrect. The correct statement made by the defendant was, "After the sale the defendant drove the seller to Philadelphia Pike."

2. On second full paragraph of page 7 of the Government's argument it stated, "the defendant drove the witness to Philadelphia from Wilmington which is approximately a forty-minute drive, providing the witness ample time and opportunity to observe the defendant." The Government amends that statement and submits, the defendant drove the witness to Philadelphia Pike from 31st Street, Wilmington, which is approximately a 10 minute drive, which provided

the witness ample time and opportunity to observe the defendant.

3. There is no opposition from opposing counsel to this amendment.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

Date: 9/25/07        By /s/ Martin C. Meltzer
                        Martin C. Meltzer (ID # 3053)
                        Special Assistant United States Attorneys
                        The Nemours Building
                        1007 Orange Street, Suite 700
                        Wilmington, DE 19899-2046
                        (302) 573-6277

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Action No. 07-89-JJF |
| ) | |
| MARZETTE KING, ) | |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this _____ day of _____, 2007, having heard the Government's Motion to Amend its Response to Defendant's Motion to Suppress, the Motion is hereby GRANTED.

By the Court:

_____
Honorable Joseph J. Farnan, Jr.
United States District Court