IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Criminal Action No. 07-089 JJF |
| | : |
| MARZETTE KING, | : |
| | : |
| Defendant. | : |

**O R D E R**

WHEREAS, Defendant has filed several Motions to Suppress Evidence and Statements (D.I. 14, 15);

WHEREAS, a scheduling conference was held on September 6, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Monday, October 1, 2007, at 4:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 24, 2007
DATE

UNITED STATES DISTRICT JUDGE