AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Delaware__

**EXHIBIT AND WITNESS LIST**

U.S. V. King

Case Number: 07 (cr) 89

| PRESIDING JUDGE Farnan | PLAINTIFF'S ATTORNEY Meltzer | DEFENDANT'S ATTORNEY Ortiz |
|---|---|---|
| TRIAL DATE(S) 10/1/07 | COURT REPORTER Heather | COURTROOM DEPUTY Kyle |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| GW1 | | 10/1 | | | Wilm. Police Mask Corp. Armorh |
| GW2 | | | | | ATF Agent Fyock |
| GW3 | | | | | ATF Agent Gemmato |
| Ex. 1 | | 10/1 | 1 | ✓ N/O | Advice of Rights & Waiver form |
| Ex. 2 | | " | 2 | ✓ N/O | Vehicle title |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages