# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Luis A. Ortiz**
**Keir Bradford**
Assistant Federal Public Defenders

**Tieffa N. Harper**
Research & Writing Specialist

October 25, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

      *Re:*    *United States v. Marzette King*
               **Criminal Action No. 07-89-JJF**
               <u>**Our File No. 2007-00196**</u>

Dear Judge Farnan:

      Reference is made to the Suppression Hearing held in this case on October 1, 2007. This Court had given us an opportunity to file post-hearing briefs on the issues raised at the Suppression Hearing. This letter is to inform the Court that the defense will not be filing any post-hearing brief, as the Defense has no other issues to raise other than those litigated at the Suppression Hearing.
.

                                      Respectfully submitted,

                                      _/s/_____
                                      **LUIS A. ORTIZ**
                                      Assistant Federal Public Defender

cc:     Martin C. Meltzer, Assistant United States Attorney
        Marzette King, Defendant