IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-89-JJF |
| MARZETTE KING, | : |
| Defendant. | : |

**ORDER**

At Wilmington, this 29th day of November 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion To Suppress Physical Evidence And Statements (D.I. 14) is **DENIED**.

2. Defendant's Motion To Suppress Out Of Court Identification And To Preclude Identification At Trial (D.I. 15) is **DENIED**.

3. The Government's Motion To Amend The Government's Pre-Hearing Response To Defendant's Motion To Suppress Physical Evidence Statements And Identifications (D.I. 18) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE



FILED
NOV 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE