IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-089 JJF |
| MARZETTE KING, | : |
| Defendant. | : |

## O R D E R

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **January 11, 2008 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

December 11, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

F I L E D

DEC 11 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE