IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Case No. 07-89-JJF |
| MARZETTE KING, | : | |
| Defendant. | : | |

## ORDER

And now, this ___1___ day of February 2008, the Court finds that, for the reasons stated in the JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT, the ends of justice will be served by excluding the time from January 31, 2008 through April 15, 2008, pursuant to Title 18, United States Code, Section 3161(h).

**IT IS HEREBY ORDERED** that the JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT is granted and the time from January 31, 2008 through April 15, 2008, will be excluded in computing the time within which the trial must commence.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court

FILED
FEB 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE