IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-089 JJF |
| MARZETTE KING, | : |
| Defendant. | : |

### O R D E R

WHEREAS, on January 11, 2008, a Scheduling Conference was held in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial will commence on **April 15, 2008 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The parties shall submit to the Court Jointly Proposed Jury Instructions, along with a copy on disc in WordPerfect format, no later than **4:30 p.m. on April 14, 2008**.

3) Any Proposed Special Voir Dire Questions shall be filed by **noon on April 14, 2008**.

4) Any Motions in Limine must be filed and completed briefing **five (5)** business day prior to commencement of trial.



March 3, 2008
DATE

UNITED STATES DISTRICT JUDGE

FILED
MAR 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE