

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*
*1007 N. Orange Street, Suite 700*   (302) 573-6277
*P.O. Box 2046*   *FAX (302) 573-6220*
*Wilmington, Delaware 19899-2046*

April 8, 2008

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:  **United States v. Marzette King**
           **Criminal Action No. 07-89-JJF**

Dear Judge Farnan:

    On March 3, 2008, the defendant filed a Motion for Disclosure of Exculpatory Evidence, in which he asked the Court to order the government to provide him with the name and address of the individual who sold him the 1992 Chevrolet Caprice at issue in this case. Subsequent to that motion, the government provided the defense with the name of that individual, as well as information regarding statements that the individual had made to law enforcement officers.

    Undersigned counsel has spoken with counsel for the defendant, Luis A. Ortiz, Esq., regarding the outstanding motion. Mr. Ortiz has confirmed that, in light of the information provided by the government, the defendant's motion should be withdrawn as moot.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY
                                          United States Attorney

                            BY: _/s/ Christopher J. Burke_
                                Christopher J. Burke
                                Assistant United States Attorney

cc:  Luis A. Ortiz, Esq.