

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

April 8, 2008

Ms. Deborah Krett
Case Manager
United States District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

**RE: Request For Permission to Have Laptop Computer in Courtroom 4B**
<u>**United States v. Marzette King, Case No. 07-89-JJF**</u>

Dear Ms. Krett:

I am scheduled to appear in trial in Courtroom 4B commencing on April 15, 2008 and ending on April 16, 2008 and request permission to bring one computer laptop to Courtroom 4B to assist in preparation and/or presentation during the trial. I am aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices. I have enclosed a proposed Order taken from the Court's website for the Court's consideration.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: *[signature]*
Christopher J. Burke
Assistant United States Attorney

cc: David Thomas, United States Marshal
Keith Ash, Chief Court Security Officer
Luis A. Ortiz, Esq.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) |
| PERMISSION FOR COUNSEL TO | ) |
| POSSESS AND UTILIZE A LAPTOP | ) |
| COMPUTER DURING COURT | ) |
| PROCEEDINGS IN COURTROOM 4B | ) |
| OF THE J. CALEB BOGGS FEDERAL | ) |
| BUILDING | ) |
| | ) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, one laptop computer for proceedings commencing on April 15, 2008 and ending on April 16, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

    Christopher J. Burke, Assistant U.S. Attorney

    Sherry Kaminski, Legal Assistant

    Michael Bileci, Paralegal


                                                  Joseph J. Farnan, Jr.
                                                  United States District Court Judge

Dated: April 8, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-89-JJF |
| | ) | |
| MARZETTE KING, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Sherry Kaminski, an employee with the United States Attorney's Office, hereby certify that on the 8th day of April 2008, I served the forgoing:

**Letter Regarding Request for Permission to Have Laptop Computer in Courtroom 4B with Proposed Order**

by causing one copy of said document to be sent by Mail as follows:

David Thomas, United States Marshal
United States Marshals Office
1100 U.S. Courthouse
844 North King Street
Wilmington, DE 19801

Keith Ash, Chief Court Security Officer
United States Courthouse
844 North King Street
Wilmington, DE 19801

_____
Sherry Kaminski