# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

*CR07-89-JJF*
*U.S. v. KING.*

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, one laptop computer for proceedings commencing on April 15, 2008 and ending on April 16, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

    Christopher J. Burke, Assistant U.S. Attorney

    Sherry Kaminski, Legal Assistant

    Michael Bileci, Paralegal

                                              _____
                                              Joseph J. Farnan, Jr.
                                              United States District Court Judge

Dated: April 8, 2008