# Federal Public Defender
### District of Delaware

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

one customs House
704 King Street, suite 110
Wilmington, Delaware 19801
(302) 573-6010 (telephone)
(302) 573-6041 (Fax)

ELENI KOUSOULIS
LUIS A. ORTIZ
KEIR BRADFORD
ASSISTANT FEDERAL PUBLIC DEFENDERS

TIEFFA N. HARPER
DANIEL I. SIEGEL
RESEARCH & WRITING ATTORNEYS

April 14, 2008

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

    **RE:**   *United States v. Marzette King*
            **Criminal Action No. 07-89-JJF**
            <u>**Our File No.: 07-196**</u>

Dear Judge Farnan:

    I am scheduled to appear for trial in Courtroom 4B on April 15, 2008, in the above-referenced case. Our investigator is scheduled to testify regarding my client's waist and shoe size at trial. He would like to take my client's measurements in the morning of April 15, 2008, before trial. I have spoken with the United States Marshal's Office, who are willing to allow Mr. Williams to take measurements of Marzette King, but they would appreciate a court Order to accommodate our request. Assistant United States Attorney, Christopher J. Burke, does not oppose this request. I have attached a proposed Order for the Court's consideration.

                                        Very truly yours,

                                        */s/ Luis A. Ortiz*
                                        Assistant Federal Public Defender

LAO:sl
Enclosure
cc: Christopher J. Burke, Assistant United States Attorney
     Marzette King

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| PERMISSION TO MEASURE : | |
| MARZETTE KING : | |
| BY SEAN WILLIAMS : | |
| : | Criminal Action No. 07-89-JJF |
| : | |
| : | |
| : | |
| : | |

**ORDER**

    Sean Williams, Investigator with the Federal Public Defender's Office for the District of Delaware, shall be permitted to measure Marzette King at the United States Marshal's Office at J. Caleb Boggs Federal Courthouse on the morning of April 15, 2008. Sean Williams shall comply with the inspection provisions of the United States Marshal.

                                                         _____
                                                         Joseph J. Farnan, Jr.
                                                         United States District Court Judge

Dated: April _____, 2008