# Federal Public Defender
### District of Delaware

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

one customs House
704 King Street, suite 110
Wilmington, Delaware 19801
(302) 573-6010 (telephone)
(302) 573-6041 (Fax)

ELENI KOUSOULIS
LUIS A. ORTIZ
KEIR BRADFORD
ASSISTANT FEDERAL PUBLIC DEFENDERS

TIEFFA N. HARPER
DANIEL I. SIEGEL
RESEARCH & WRITING ATTORNEYS

April 14, 2008

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

    **Re:**   *United States v. Marzette King*
             **Criminal Action No.: 07-89-JJF**
             **Our File No.: 2007-00196**

Dear Judge Farnan:

    This letter is in response to the Court's request that counsel provide the Court with a list of individuals who may appear as witnesses in the above referenced matter. The defense anticipates calling the following witnesses:

        Sean Williams, Investigator for the Federal Public Defenders Office
        Naimah King, Family relative of the defendant

    Should the Court have any questions, please feel free to contact me.

                    Respectfully submitted,

                    /s/
                  Luis A. Ortiz
                  Assistant Federal Public Defender
                  704 King Street, Suite 110
                  Wilmington, Delaware  19801
                  (302) 573-6010
                  ecf_de@msn.com
                  Attorney for Defendant Marzette King

cc: Christopher J. Burke, Assistant United States Attorney