

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*
*1007 N. Orange Street, Suite 700*           (302) 573-6277
*P.O. Box 2046*                              *FAX (302) 573-6220*
*Wilmington, Delaware 19899-2046*

April 14, 2008

**VIA ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:   **United States v. Marzette King**
           **Criminal Action No. 07-89-JJF**

Dear Judge Farnan:

    This afternoon the defense filed a letter with the Court stating that the Court had requested that counsel provide it with a list of individuals who may appear as witnesses in the upcoming trial. The government anticipates calling the following witnesses at trial:

    Master Corporal Richard Armorer, Wilmington Police Department
    Special Agent Patrick Fyock, Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF")
    Supervisory Special Agent Scott Curley, ATF
    Joshua Scott Tabor
    Ronald Wertz, AutoZone employee

                                                        Respectfully submitted,

                                                         COLM F. CONNOLLY
                                                         United States Attorney

                                        BY: *[signature]*
                                                         Christopher J. Burke
                                                         Assistant United States Attorney

Enclosure

cc:   Luis A. Ortiz, Esq.