IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

*Filed in Open Court this 16th day of April, 2008*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-89-JJF |
| ) | |
| MARZETTE KING, ) | |
| ) | **REDACTED** |
| Defendant. ) | |

## VERDICT FORM

As to Count One, charging the defendant with possession of a firearm by a convicted felon, we the jury find the defendant

__X__ Not Guilty          _____ Guilty.


_____          _____
Jury Foreman                 Juror


_____          _____
Juror                        Juror


_____          _____
Juror                        Juror

FILED
APR 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

|                |                |
| -------------- | -------------- |
| Juror          | Juror          |
|                |                |
| Juror          | Juror          |
|                |                |
| Juror          | Juror          |

Dated: April 16, 2008