IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-089-JJF |
| MARZETTE KING, | : |
| Defendant. | : |

### JUDGMENT ORDER

This action came on for trial before the Court, the Honorable Joseph J. Farnan, Jr., District Judge, presiding, and the issues having been tried and the Jury having rendered its finding of not guilty on April 16, 2008.

NOW THEREFORE, IT IS ORDERED that the Defendant, Marzette King is hereby acquitted.


_April 16, 2008_        _Joseph J. Farnan Jr._
DATE                    UNITED STATES DISTRICT JUDGE



FILED

APR 16 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE