IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiffs, | : |
| v. | : Criminal Action No. 07-89-JJF |
| MARZETTA KING, | : |
| Defendant. | : |

### O R D E R

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware is hereby directed to furnish lunch for 14 jurors in the above entitled case for April 15, 2008, thru April 16, 2008.

April 16, 2008
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE



FILED
APR 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE