OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 16, 2008

Christopher J. Burke, Esq.
U.S. Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899

Luis A. Ortiz, Esq.
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801

      RE:   USA v. Marzette King
              07-89-JJF

Dear Counsel:

    The Clerks office is returning and/or disposing of exhibits in accordance with the Court's Local Rule 79.1 (b)(2). We presently possess jury trial exhibits for the above referenced case. As this case is closed, we would like to remove these exhibits from our storage area.

    Please advise me no later than **May 16, 2008** whether you wish to retrieve the exhibits or have them discarded. If the latter, I will need written consent. Retrieval of the exhibits may be arranged by contacting me at 573-6137.

Very truly yours,
Peter T. Dalleo, Clerk

Nicole M. Selmyer
Courtroom Deputy



FILED
APR 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE