# UNITED STATES DISTRICT COURT

DISTRICT OF **Delaware**

U.S.A.
v.
Marzette King

**EXHIBIT AND WITNESS LIST**

Case Number: 07-89

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan | Christopher Burke | Luis Ortiz |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/15/2008 – | Yvonne Santiago | Nicole / Rosemary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 |  | 4/15 |  |  | Master Corporal Richard Armorer, WPD |
|  | D1 | " | ✓ |  | Poster Board Map |
| 25 |  | " | ✓ | ✓ | Stipulation between the parties re Prior Conviction - no obj. |
| 28 |  | " | ✓ |  | Crime Report |
| 1 |  | " | ✓ | ✓ | Gun - 9mm Luger Caliber Firearm Serial # 314-67112 |
| 2 |  | " | ✓ | ✓ | Envelope with ammunition rounds + evidence tag |
| 26 |  | " | ✓ | ✓ | Stipulation re the Firearm |
| 8D |  | " | ✓ | ✓ | Photo of trunk of car (inside) |
| 8E |  | " | ✓ | ✓ | Photo of Autozone Bag filled with car products |
| 4 |  | " | ✓ | ✓ | Autozone Surveillance Video |
| W2 |  | " |  |  | Special Agent Patrick Fyock - ATF |
| 27 |  | " | ✓ | ✓ | Stipulation Regarding Defendant |
| 5 |  | " | ✓ | ✓ | Title to 1992 Chevrolet Caprice (DE DL # 740925) |
| 3 |  | " | ✓ | ✓ | GEICO Insurance Card |
| 7A |  | " | ✓ | ✓ | May 29, 2007 Autozone Receipt |
| 7B |  | " | ✓ | ✓ | May 30, 2007 Autozone Receipt |
|  | D3 | " | ✓ |  | Poster Board of Receipt dated 5/29/07 |
|  | D4 | " | ✓ |  | Poster Board of Receipt dated 5/30/07 |
| 8A |  | " | ✓ | ✓ | Photo of Back of Car |
| 8B |  | " | ✓ | ✓ | Photo of Rt. Side Car's trunk |
| 8C |  | " | ✓ | ✓ | Photo of left side Car's trunk |
| 15 |  | " | ✓ | ✓ | Gray Plastic Bag |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

FILED APR 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Delaware

USA

v.

Marzette King

**EXHIBIT AND WITNESS LIST**

Case Number: 07 CR 89

| PRESIDING JUDGE Farnan | | | PLAINTIFF'S ATTORNEY Christopher Burke | DEFENDANT'S ATTORNEY Luis Ortiz |
|---|---|---|---|---|
| TRIAL DATE(S) 4/15/2008 – | | | COURT REPORTER Yvonne Santiago | COURTROOM DEPUTY Nicole/Rosemary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 16 | | 4/15/08 | ✓ | ✓ | Tee Shirt |
| 17 | | " | ✓ | ✓ | Nike sneakers |
| 18 | | " | ✓ | ✓ | Jeans + Belt |
| 19 | | " | ✓ | ✓ | Four pairs of socks |
| 20 | | " | ✓ | ✓ | Towel |
| 21 | | " | ✓ | ✓ | Boxer Shorts |
| 22 | | " | ✓ | ✓ | Plastic Bag |
| 9 | | " | ✓ | ✓ | Autozone Plastic Bag |
| 10 | | " | ✓ | ✓ | Rain X Car Wash |
| 11 | | " | ✓ | ✓ | Armor All Wipes |
| 12 | | " | ✓ | ✓ | Grip Tech Tire Brush |
| 13 | | " | ✓ | ✓ | Black Magic Tire Wet |
| 14 | | " | ✓ | ✓ | Autozone Protectant |
| 6 | | " | ✓ | ✓ | May 27, 2007 Autozone Receipt |
| D2 | | " | ✓ | | Poster Board of Receipt dated 5/27/07 |
| W3 | | " | | | Joshua Tabor |
| 23A | | " | ✓ | ✓ | Geico Inv. Ltr. to Tabor dated 5/23/07 |
| 23B | | " | ✓ | ✓ | Geico form Signed by Tabor 5/25/07 |
| 23C | | " | ✓ | ✓ | Geico Records Certification |
| W4 | | " | | | Ronald Wertz |
| 24A1 | | " | ✓ | ✓ | AutoZone picture of detailing towel |
| 24B | | " | ✓ | ✓ | AutoZone picture of drying cloth |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 3 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

USA
v.
Marzette King

**EXHIBIT AND WITNESS LIST**

Case Number: 07-89

| PRESIDING JUDGE Farnan | PLAINTIFF'S ATTORNEY Christopher Burke | DEFENDANT'S ATTORNEY Luis Ortiz |
|---|---|---|
| TRIAL DATE(S) 4/15/08 - | COURT REPORTER Yvonne Santiago | COURTROOM DEPUTY Nicole / Rosemary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 24C | | 4/15/08 | ✓ | ✓ | AutoZone picture of drying cloth |
| 24D | | " | ✓ | ✓ | AutoZone picture of tire brush |
| 24E | | " | ✓ | ✓ | AutoZone picture of form re: protectant |
| 24F | | " | ✓ | ✓ | AutoZone picture of tire wel |
| 24G | | " | ✓ | ✓ | AutoZone picture of car wash |
| 24H | | " | ✓ | ✓ | AutoZone picture of glass wipes |
| 24I | | " | ✓ | ✓ | AutoZone picture of air freshner |
| 24J | | " | ✓ | ✓ | AutoZone picture of fuse |
| 24K | | " | ✓ | ✓ | AutoZone picture of break pads. |
| 24L | | " | ✓ | ✓ | AutoZone picture of break rotors. |
| 25 | | " | ✓ | ✓ | Stipulation of prior conviction |
| | 1 | " | ✓ | | Demonstrative exhibit |
| | 2 | " | ✓ | | Demonstrative exhibit |
| 26 | | " | ✓ | ✓ | Stipulation regarding firearm |
| 27 | | " | ✓ | ✓ | Stipulation regarding Defendant. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of 3 Pages